Dismissed and Memorandum Opinion filed February 16, 2006









 

Dismissed and Memorandum Opinion filed February 16,
2006.

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01170-CR

____________

 

NNENNA A. UKEGBU,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from County Criminal
Court at Law No. 8 

Harris County, Texas

Trial Court Cause No.
1302862

 



 

M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

 

Judgment rendered
and Memorandum Opinion filed February 16, 2006.

Panel consists of
Justices Hudson, Fowler, and Seymore.

Do Not Publish C Tex. R. App. P. 47.2(b).